UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-224-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO SEAL CRIMINAL |
| v. | ) | INFORMATION AND |
| | ) | PLEA AGREEMENT |
| JOSE RAMIREZ GUZMAN | ) | |

Upon motion of the United States, it is hereby ORDERED that the Information in the above-captioned case, being filed on August 11, 2015 be sealed.

It is FURTHER ORDERED that the Plea Agreement in the above-captioned case also be sealed. The Clerk may temporarily unseal the Criminal Information and Plea Agreement to provide copies to the United States Attorney, defense counsel for the defendant, and Internal Revenue Service.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Criminal Information and Plea Agreement upon motion of the United States Attorney.

Dated: August 11, 2015

*Robert T Numbers II*

Robert T. Numbers, II
United States Magistrate Judge