UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-224-FL

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JOSE RAMIREZ GUZMAN | ORDER TO SEAL |

THIS MATTER is before the Court pursuant to Defendant's Motion to Seal his Unopposed Motion to Continue Sentencing made pursuant to Local Criminal Rule 55.2.

The Court finds the good cause exists to seal Defendant's Unopposed Motion to Continue Sentencing. Accordingly, Defendant's motion is GRANTED, and Defendant's Unopposed Motion to Continue Sentencing is hereby ordered SEALED, pursuant to Local Criminal Rule 55.2.

SO ORDERED.

This the  23rd  day of  February , 2016.

_____
Hon. Louise W. Flanagan
United States District Judge, EDNC

1